Leola Hart, Appellant, v. Charles M. Hart, Appellee.

(Supreme Court of Florida, En Banc, July 10, 1906.)

Appeal from Circuit Court, Marion County; William S. Bullock, Judge.

*Thomas Palmer,* for Appellant.

Memorandum Decisions.

No appearance for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant and the defendant appeals. Dismissed on motion of counsel for appellant.